AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| **Joaquin PLANCARTE-Ramirez (52)** | ) | L-21-MJ- |
| **Juventino Rosas, Guanajuato, Mexico** | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 13, 2021** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1544 | did willfully and knowingly use, or attempt to use, a passport issued or designed for the use of another; |

This criminal complaint is based on these facts:

On or about March 13, 2021, at approximately 4:00 am, defendant, Joaquin PLANCARTE-Ramirez, a citizen & national of Mexico, applied for admission into the United States at the Juarez Lincoln Port of Entry in Laredo, Texas. At time of inspection, defendant presented a United States Passport Card bearing the name of S.P. & claimed to be such person to primary CBP Officer Leroy Boardman. Subject was referred due to CBP Systems yielding a facial mismatch on the document presented & a Mexican Voter's registration card being found in the defendant's wallet bearing the defendant's name & photograph. During secondary inspection defendant insisted to CBP Officers that he was S.P. a United States Citizen. The defendant's sister was contacted & via a photograph taken at secondary inspection she was able to identify the defendant as Joaquin PLANCARTE-Ramirez & not S.P. Defendant stated that he had obtained a Mexican Electoral card with the identity of J.P.R. due to corruption in Mexico. The true owner of the document (S.P.) has a criminal history record while the defendant's biometric prints are negative. Facts are based on the defendant's sworn statement and records of Customs & Border Protection. The defendant was paroled into the United States and an Immigration hold has been placed.

☐ Continued on the attached sheet.

/s/ Cynthia C. O'Bryant
*Complainant's signature*

Cynthia C. O'Bryant, CBP Enforcement Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **March 15, 2021**

*Judge's signature*

City and state: **Laredo, Texas**   Christopher Dos Santos, U.S. Magistrate Judge
*Printed name and title*